UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN H. BASTIAN,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:18-cr-00044

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on May 11, 2018, after receiving the written consent of defendant and all counsel. There is no written plea agreement. The agreement is oral. The defendant agrees to plead guilty to Count 1 of the Superseding Indictment in exchange for the Government to move to dismiss Count 2 of the Superseding Indictment at sentencing. At the hearing, defendant Justin H. Bastian entered a plea of guilty to Count 1 of the Superseding Indictment charging defendant with conspiracy to commit financial institutional fraud, in violation of 18 U.S.C. §§ 1349 and 1344(2). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the

defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Count 1 of the Superseding Indictment be accepted, and that the court adjudicate defendant guilty.  Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: May 11, 2018                                         /s/ Phillip J. Green
                                                                        PHILLIP J. GREEN
                                                                        United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing.  See W.D. MICH. L.CR.R. 11.1(d).